APPEAL

# U.S. District Court
# Eastern District of Virginia – (Alexandria)
# CRIMINAL DOCKET FOR CASE #: 1:18−po−01664−IDD All Defendants

Case title: USA vs Scrour                                  Date Filed: 06/21/2018

Assigned to: Magistrate Judge Ivan D. Davis

**Defendant (1)**

**Mohamed E Scrour**              represented by   **Mohamed E Scrour**
                                                   6716 Metropolitan Center DR Apt 401
                                                   Springfield, VA 22150
                                                   PRO SE

**Pending Counts**                                 **Disposition**

OPERATING VEHICLE AT
SPEED IN EXCESS OF SPEED                           Fine 120.00 S/A 10.00 Processing Fee 30.00
LIMIT (6861267)
(1)

**Highest Offense Level (Opening)**

Petty Offense

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                     **Disposition**

None

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/21/2018 | 1 | 3 | Citation Issued as to Mohamed E Scrour (1) count(s) 1. (Attachments: # 1 Original Ticket) (CVB Auto) (Entered: 06/21/2018) |

| 06/21/2018 | 2 |   | Initial Appearance set for 07/05/2018 at 09:00 AM in PPVA before Magistrate Judge Ivan D. Davis. (CVB Auto) (Entered: 06/21/2018) |
|---|---|---|---|
| 07/05/2018 | 3 |   | Disposition TE Fine/Installment Payment – Trial set for count 36CFR4.21(c), Payments Assessed 120.0, 30.0, 10.0 as to Mohamed E Scrour. (IDD) (Entered: 07/05/2018) |
| 07/05/2018 | 4 |   | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis : Initial Appearance as to Mohamed E Scrour held on 07/05/2018. (IDD) (Entered: 07/05/2018) |
| 07/05/2018 | 6 | 5 | NOTICE OF APPEAL by Mohamed E Scrour (Attachments: # 1 Receipt)(lcre, ) (Entered: 07/12/2018) |

# United States District Court
## Violation Notice

EV66

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6861267 | Wood Frain | 086 365 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 04/25/2018 1254
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.21(c)

Place of Offense: N/B GWMP at Belle View Blvd

Offense Description: Factual Basis for Charge    HAZMAT ☐
Speeding 54/35   L/L
              L/N
UL001692    668.3 PT

### DEFENDANT INFORMATION

Last Name: Sorour
First Name: Mohamed
M.I.: E

[defendant info redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| HS25971 | VA | 16 | Cadil. Escalade | ☐ | Black |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 115.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 145.00 Total Collateral Due

### YOUR COURT DATE

Court Address: 101 Courthouse Square, Alexandria, VA 22314 (703) 299-2100
Date: 07/05/2018
Time: 9am

X Defendant Signature: N/A

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) DOCKET NO: 1:18po1664
)
Mohamed Serour )
)
Defendant. )

FILED
2018 JUL -5 A 11: 02
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

NOTICE OF APPEAL

Pursuant to Rule 58(g) of the Rules of Criminal Procedure, Defendant appeals the 7-5-18 decision, order, judgement, or sentence of the magistrate judge.
(Date)

The reasons for appeal are as follows:

I didn't not get a fair trial.

(Attach additional page if necessary)

_____
Signature

Mhd Sasour
Print Name

5597 Seminry Rd #2611-S
Address

Falls Church, VA 22041
City, State, Zip Code

703-475-5252

Date: 7-5-18
Alexandria, Virginia

```
Court Name: United States District Court
Division: 1
Receipt Number: 14683073452
Cashier ID: rbroaden
Transaction Date: 07/05/2018
Payer Name: MOHAMED SEROUR
```

MISDEMEANOR APPEAL
 For: MOHAMED SEROUR
 Amount:     $38.00
PAPER COPIES
 For: MOHAMED SEROUR
 Amount:      $2.00

CASH
 Amt Tendered:  $40.00

Total Due:       $40.00
Total Tendered:  $40.00
Change Amt:       $0.00

MISDEMEANOR APPEAL

118PO1664
AND COPIES